TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-07-00322-CR





 

John Melton, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT


NO. 97-921-K26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING






M E M O R A N D U M O P I N I O N



In April 2003, John Melton was convicted of aggravated assault. On May 11, 2007,
Melton filed a pro se notice of appeal. The notice of appeal is not timely and does not invoke the
Court's jurisdiction. See Tex. R. App. P. 26.2(a); Slaton v. State, 981 S.W.2d 208 (Tex. Crim. App.
1998); Olivo v. State, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996). In any event, the conviction
was previously affirmed on appeal. Melton v. State, No. 03-03-00258-CR (Tex. App.--Austin
Oct. 23, 2003, no pet.). The appeal is dismissed.


 ___________________________________________

 Diane Henson, Justice

Before Chief Justice Law, Justices Puryear and Henson

Dismissed for Want of Jurisdiction

Filed: July 31, 2007

Do Not Publish